IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02027-BNB

(**The above civil action number must appear on all future papers sent to the Court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

TEDDY HOLLIE,

    Plaintiff,

v.

DENVER COUNTY JAIL, and
CHIEF OF DIVISION,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

    Plaintiff, Teddy Hollie, initiated this action by filing *pro se* a Prisoner Complaint and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this order.  Mr. Hollie will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Hollie files in response to this order must include the civil action number noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   _X_   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   _X_   is missing an original signature by the prisoner

(7)  _X_   is missing second page of the form, as well as the signed authorization and certificate of prison official
(8)  ___   names in caption do not match names in caption of complaint, petition or habeas application
(9)  ___   An original and a copy have not been received by the Court. Only an original has been received.
(10) _X_   other:  Plaintiff may pay $400.00 (the $350.00 filing fee plus a $50.00 administrative fee) in lieu of filing a § 1915 Motion and Affidavit and a certified copy of his six months' trust fund statement.

**Complaint, Petition or Application**:
(11) ___   is not submitted
(12) ___   is not on proper form
(13) _X_   is missing an original signature by the prisoner
(14) ___   is missing page no. ___
(15) ___   uses et al. instead of listing all parties in caption
(16) ___   An original and a copy have not been received by the Court.  Only an original has been received.
(17) ___   Sufficient copies to serve each defendant/respondent have not been received by the Court.
(18) ___   names in caption do not match names in text
(19) _X_   other: Complaint is missing (1) full addresses for each named Defendant; (2) claims and supporting facts; (3) information regarding previous lawsuits and administrative relief; and (4) request for relief.

Accordingly, it is

ORDERED that Plaintiff, Teddy Hollie, cure the designated deficiencies **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain (with the assistance of his case manager or the facility's legal assistant) the Court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner's Complaint, along with the applicable instructions, at www.cod.uscourts.gov and shall use those forms to cure the designated deficiencies.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies as

directed **within thirty days from the date of this order**, the Prisoner Complaint and action may be dismissed without further notice.

DATED July 29, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge